CROWE, Respondent, v. BRUNNER BAKING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Henry Crowe against the Brunner Baking Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., not sitting.

CULLEN, Respondent, v. BATTLE ISLAND PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 11, 1910.) Action by Richard J. Cullen against the Battle Island Paper Company. No opinion. Judgment and order affirmed, with costs. See, also, 124 App. Div. 113, 108 N. Y. Supp. 921, and 128 App. Div. 369, 112 N. Y. Supp. 934.

CUMMINGS, Respondent, v. NEW YORK & L. I. TRACTION CO., Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Richard J. Cummings against the New York & Long Island Traction Company. B. H. Ames, for appellant. L. Steckler, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $8,000, in which event, judgment, as modified, and order, affirmed, without costs. Settle order on notice.

CUMMINS, Appellant, v. LENAHAN, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Mary Cummins against Bernard J. Lenahan, impleaded. B. W. Davis, for appellant. H. Woog, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re CUNNION'S WILL. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) In the matter of the probate of the last will and testament of John Cunnion, deceased.

PER CURIAM. Motion denied, without costs, upon the ground that under section 1303 of the Code of Civil Procedure application for relief should be made to the Court of Appeals. Nelson v. Tenney, 113 N. Y. 616, 20 N. E. 875; Matter of Sheldon, 117 App. Div. 357, 103 N. Y. Supp. 177. See, also, 135 App. Div. 864, 120 N. Y. Supp. 266.

CURRIE et al. v. SPRAGUE. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Frederick Currie, and others against Frank J. Sprague. No opinion. Motion granted. Questions certified as stated in order. Order filed. See, also, 122 N. Y. Supp. 1042.

DANZILO, Respondent, v. LENTINO et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 29, 1910.) Action by John L. Danzilo against Giovanni Lentino and another. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

DAVERN, Respondent, v. RYAN, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Jerry Davern against Edward Ryan. No opinion. Judgment unanimously affirmed, with costs.

DAVIDSON, Respondent, v. CITY OF DUNKIRK, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Velma Davidson, an infant, etc., against the City of Dunkirk.

PER CURIAM. Motion to dismiss appeal denied, without costs. Judgment and order affirmed, with costs.

WILLIAMS, J., not sitting.

DAVIDSON, Appellant, v. STOCKY et al., Respondents. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by John R. Davidson against Peter V. Stocky and others. H. B. Wesselman, for appellant. A. Benedict, for respondents.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN and CLARKE, JJ., dissent.

DEAN, Respondent, v. UNITED STATES BANKING CO., Appellant. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Robert L. Dean against the United States Banking Company. J. A. Garver, for appellant. F. Seymour, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DE GOODE, Appellant, v. BURTON, Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by William A. De Goode against John J. Burton. No opinion. Judgment and order affirmed by default, with costs.

DE JONG v. DE JONG. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Alfred De Jong against Sarah De Jong. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

DEL GAUDIO v. DEL GAUDIO. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Ella O. Del Gaudio against Albert S. Del Gaudio. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

DE LUCCA et al., Respondents, v. SCHEER-GINSBERG REALTY & CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Felix N. De Lucca and others against the Scheer-Ginsberg Realty and Construction Company. M. H. Hayman, for appellant. G. M. Hulbert, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, infra.

DE LUCCA et al., Respondents, v. SCHEER-GINSBERG REALTY & CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Ac-

tion by Felix N. De Lucca and others against the Scheer-Ginsberg Realty and Construction Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 123 N. Y. Supp. 1113.

DELVENTHAL, Respondent, v. ELLIOTT et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Herman Delventhal against Thaddeus N. Elliott and another.

PER CURIAM. Interlocutory judgment reversed, with costs, upon the ground that the first cause of action does not state delivery and nonpayment, the third cause of action does not state delivery, nor does the entire complaint, and the second cause of action does not properly allege title in plaintiff.

DENNIS, Respondent, v. F. D. DOOLITTLE, Inc., et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by William E. Dennis against F. D. Doolittle, Incorporated, and another. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

In re DESHLER. (Supreme Court, Appellate Division, Fourth Department. June 3, 1910.) In the matter of Elnora Deshler, an alleged incompetent person. No opinion. Appeal dismissed for failure of appellant to perfect appeal.

DE VITA v. DAIRY PRODUCTS CO. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Calagore De Vita against the Dairy Products Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

DICK, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Morris Dick against the Long Island Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

DICKEY, Appellant, v. GORTNER, Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Paul Dickey against Christopher A. Gortner. No opinion. Judgment affirmed, with costs.

DIMEO, Appellant, v. STATEN ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Vincenzo Dimeo, as administratrix, etc., of Giovanni Paparone, deceased, against the Staten Island Railway Company. No opinion. Motion granted, without costs. Settle order before Mr. Justice Carr. See, also, 122 N. Y. Supp. 1126.

DISTRICT NO. 1, INDEPENDENT ORDER B'NAI B'RITH, v. GOLDSTEIN. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by the District No. 1, Independent Order B'nai B'rith, against Sarah Goldstein. No opinion. Motion denied. See, also, 121 N. Y. Supp. 1129; 122 N. Y. Supp. 1142.

DOLLARS v. KORONSKY et al. In re BLOCH. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Albert H. Dollars against Benjamine Koronsky. In the matter of Max E. Bloch. No opinion. Motion granted. Question certified as stated in order. Order filed. See, also, 123 N. Y. Supp. 11.

DOMINGE, Appellant, v. DOMINGE, Respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Irene Dominge against Charles C. Dominge. No opinion. Order affirmed, with $10 costs and disbursements.

DRESCH v. ELLIOTT et al. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by Marie Dresch against Percy D. Elliott and others. No opinion. Motion denied. Order filed. See, also, 137 App. Div. 252, 122 N. Y. Supp. 14.

DUBROFF, Appellant, v. PHILLIPS et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 29, 1910.) Action by Morris A. Dubroff against Samuel Phillips and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

DUNSFORD, Respondent, v. JACOBY, Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Alice M. Dunsford against Ralph J. Jacoby. F. V. Johnson, for appellant. B. R. Duncan, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DUPONT, Respondent, v. VILLAGE OF PORT CHESTER, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Marianne Dupont against the Village of Port Chester.

PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., dissents, for the reason that the accident happened upon a sidewalk, and therefore defendant's liability not established. See Brennan v. City of New York, 130 App. Div. 267, 114 N. Y. Supp. 578.

DURYEA v. GULICK. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Franklin P. Duryea against Ernestus Gulick. No opinion. Motion denied, with $10 costs. Order filed.

EARLE, Respondent, v. McCRUM, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Ellis P. Earle against Lloyd G. Mc-